U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| LEAH CARTER | FILED: MAY 16, 2008 |
| v. | 08CV2864  RCC |
| THE HOME DEPOT U.S.A., INC. | JUDGE ASPEN |
| | MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE HOME DEPOT U.S.A., INC.

| |
|---|
| NAME (Type or print) <br> Mark J. Markiewicz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark J. Mickiewicz |
| FIRM <br> Purcell & Wardrope, Chtd. |
| STREET ADDRESS <br> 10 S. LaSalle St., Ste. 1200 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6280623 | TELEPHONE NUMBER <br> (312) 427-3900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐