# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Leah Carter

                          Plaintiff,

v.                                                  Case No.: 1:08–cv–02864
                                                    Honorable Marvin E. Aspen

The Home Depot U.S.A., Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2008:

        MINUTE entry before the Honorable Marvin E. Aspen dated 5/19/08: Status
hearing set for 7/3/2008 at 10:30 AM., in Courtroom 2525. Judicial staff mailed notice(gl,
)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.