# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Leah Carter

                              Plaintiff,

v.                                              Case No.: 1:08−cv−02864
                                                Honorable Marvin E. Aspen

The Home Depot U.S.A., Inc.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

         MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 7/3/2008. All discovery, including expert discovery, is ordered to be completed by 11/15/2008. Joint pretrial order to be filed on or before 12/11/2008. Status hearing set for 12/11/2008 at 10:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.